■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO ECHEVARRIA, Appellant.—Judgment unanimously affirmed for the reasons stated in decision at Onondaga County Court, Burke, J. (Appeal from judgment of Onondaga County Court, Burke, J.—criminal possession of controlled substance, second degree.) Present—Denman, J. P., Boomer, Pine, Davis and Lowery, JJ.